AO 91 (Rev. 6/95) Criminal Complaint

E-FILED
Friday, 30 May, 2014 05:29:10 PM
Clerk, U.S. District Court, ILCD

# United States District Court

MAY 30 2014

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CENTRAL     DISTRICT OF     ILLINOIS

UNITED STATES OF AMERICA

v.

Michele Calhoun

**CRIMINAL COMPLAINT**

CASE NUMBER: 14-3020-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 20, 2013 in Sangamon County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

devise and participate in a scheme and artifice to defraud, and to obtain money or property by means of false or fraudulent pretenses, representations or promises, through the use of the United States mail

in violation of 18 United States Code, Section(s) 1341

I further state that I am a(n) Special Agent with the Illinois State Police and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

s/ Nicholas J Tapscott

Nicholas J. Tapscott
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 30, 2014                                      at     Springfield, IL
Date                                                      City and State

Tom Schanzle-Haskins
U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

AO 91 (Rev. 6/95) Criminal Complaint

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

Patricia Davis

**FILED**
MAY 3 0 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CRIMINAL COMPLAINT

CASE NUMBER: 14-3020-m

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 20, 2013 in Sangamon County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

devise and participate in a scheme and artifice to defraud, and to obtain money or property by means of false or fraudulent pretenses, representations or promises, through the use of the United States mail

in violation of 18 United States Code, Section(s) 1341

I further state that I am a(n) Special Agent with the Illinois State Police and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Nicholas J. Tapscott
Name of Complainant

*[signature]*
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 30, 2014
Date

at Springfield, IL
City and State

Tom Schanzle-Haskins
U.S. Magistrate Judge
Name & Title of Judicial Officer

*[signature]*
Signature of Judicial Officer

AO 91 (Rev. 6/95) Criminal Complaint

# United States District Court



**FILED**
MAY 30 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CENTRAL   DISTRICT OF   ILLINOIS

UNITED STATES OF AMERICA

v.

Alicia Davis

CRIMINAL COMPLAINT

CASE NUMBER: 14-3020-m

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 20, 2013 in Sangamon County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

devise and participate in a scheme and artifice to defraud, and to obtain money or property by means of false or fraudulent pretenses, representations or promises, through the use of the United States mail

in violation of   18   United States Code, Section(s)   1341

I further state that I am a(n) Special Agent with the Illinois State Police
                                  Name
and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes ☑   No

Nicholas J. Tapscott
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 30, 2014                              at   Springfield, IL
Date                                            City and State

Tom Schanzle-Haskins                      s/ Tom Schanzle-Haskins
U.S. Magistrate Judge

Name & Title of Judicial Officer          Signature of Judicial Officer

## AFFIDAVIT OF NICHOLAS J. TAPSCOTT

Nicholas J. Tapscott, being first duly sworn, states the following:

1. I am a Special Agent with the Illinois State Police, Medicaid Fraud Control Bureau. I have been with the Illinois State police for 9 years and with the Medicaid Fraud Control Bureau for four and one-half years. Among other duties, I am assigned to investigate criminal violations of federal law which include mail, healthcare, and wire fraud. I am also a participant in the "Central Illinois Health Care Fraud Task Force," which includes agents, investigators and attorneys for the FBI, Illinois State Police Medicaid Fraud Control Bureau, U.S. Department of Health and Human Services, Illinois Attorney General's Office and U.S. Attorney's Office. The following information is based upon my investigation and the investigation by other law enforcement and regulatory officials. Because this affidavit is being submitted for the limited purpose of obtaining determining probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation.

2. The evidence compiled to date shows that Michelle A. Calhoun, Patricia Davis and Alicia Davis have committed multiple acts of mail fraud and health care fraud, violating Title 18, United States Code, Sections 1341 and 1347, by defrauding the State of Illinois Medicaid Home Services program by falsely claiming and taking payments for personal assistant services not actually

1

performed, as described in this affidavit.

A.  Background

3.  At all times material herein, the "Home Services Program" was a "Medicaid waiver" program in the State of Illinois with funds administered by the Illinois Department of Health and Family Services. Medicaid Waiver programs enable states to use both state and federal Medicaid funds to pay for services related to medical care that would not ordinarily be covered under Medicaid.

4.  The operational responsibility for the Home Services Program, with minor exceptions, rested with the Division of Rehabilitation Services, which is a part of the Illinois Department of Human Services (DHS). Approximately one-half of the money funding this program was provided by the United States Department of Health and Human Services, an agency of the United States.

5.  Through the Home Services Program, the State of Illinois provided funding for services to individuals with significant disabilities so that they could remain in their homes and live as independently as possible. One of the services available to those with significant disabilities is the "personal assistant" program. Through this program a qualified individual is allowed to hire one or more "personal assistants" who are to perform or assist those with disabilities in performing common tasks such as household tasks, shopping, personal care,

incidental health care tasks, and monitoring to ensure the health and safety of the customer. This personal assistant is to be hired by and report directly to the customer or their family member, but is paid by the State of Illinois through this Medicaid waiver program.

6. To receive payment as a personal assistant, the personal assistant and the disabled individual complete and submit time sheets twice monthly. These time sheets contain the dates and number of hours worked by the personal assistant. Both the worker and the individual are required to certify the accuracy of the time sheets. The time sheets are then submitted to DHS, and, if approved, the claims are paid through the Office of the Comptroller in Springfield, Illinois. Unless the personal assistant has an appropriate direct deposit agreement approved by the State of Illinois, payment is made by check or "warrant" issued by the Office of the Comptroller in Springfield, Illinois, and sent by U.S. Mail to the address listed by the personal assistant. If there is a direct deposit agreement, then funds are electronically transferred to the personal assistant's bank account from Springfield, Illinois.

7. When hired as a personal assistant, the person is required to sign a DHS Division of Rehabilitation Services (DORS) Individual Provider Payment Policies form acknowledging their awareness of DORS Home Services policies including:

> • *Individual Providers can only be paid for the hours they worked for the customer per the HSP Service Plan. Billing for hours not worked constitutes Medicaid fraud.*
>
> • *Individual Providers can only be paid for hours and tasks performed in the customer's home unless the task must be completed outside the home such as laundry due to no facilities in the home, banking, and grocery shopping.*
>
> • *Individual Providers are not allowed to subcontract. Subcontracting means letting someone else work in your place, putting the time on your time sheet and then paying them yourself. This is not only an illegal practice but also causes problems with Social Security withholding. Each Individual Provider will only be paid for services which he or she provided directly to the customer.*
>
> • *Individual Providers cannot charge HSP for the same hours worked when working another job. This includes working for other HSP customers or as a childcare provider paid through the Department of Human Services. This constitutes fraud and will be prosecuted as such.*

B.   <u>Fraud Committed by Michelle A. Calhoun, Patricia Davis and Alicia Davis</u>

8.   One of the persons eligible for assistance through this program was JC, then a resident of Springfield, Illinois. On or about November 16, 2011, JC was found to qualify for the services of a personal assistant.

9.   On or about November 21, 2011, Patricia Davis and Alicia Davis were both hired by Michelle A. Calhoun, a representative of JC, to provide personal assistant services to JC, and each signed a Department of Human Services Division of Rehabilitation Services Individual Provider Payment Policies form.

10.  It was a part of the scheme to defraud that Patricia Davis and Alicia

4

Davis were not ever expected by Michelle Calhoun to provide any real services, but instead to assist in falsifying time sheets and certifications, and splitting the money received for work which was never performed for JC.

11. From on or about November 21, 2011, until at least April 19, 2013, in the Central District of Illinois at Springfield, and elsewhere, Michelle A. Calhoun, Patricia Davis and Alicia Davis devised a scheme and artifice to defraud health care benefit programs, including Medicaid of money or property by means of materially false and fraudulent promises and representations, well knowing that such promises and representations were false when made, in that Michelle A. Calhoun certified "Illinois Department of Human Resources Home Services Time Sheets" submitted in the names of Patricia Davis and Alicia Davis, which timesheets falsely represented dates, times and hours in which Patricia Davis and Alicia Davis purportedly provided personal assistant services to JC, when in fact each was employed elsewhere during many of those same hours, and neither actually performed any necessary services as authorized by the Illinois Department of Human Services, Division of Rehabilitative Services.

11. For the purpose of executing said scheme, and in furtherance thereof, in the Central District of Illinois, on or about May 20, 2013, Michelle A. Calhoun, Patricia Davis and Alicia Davis did knowingly cause to be delivered by the United States mail, according to the direction thereon, an envelope

containing a warrant or check, number SA4207812, in the amount of $905.44 for services claimed to have been performed by Patricia Davis which services were not provided, or not provided to the extent claimed.

12.   Based on the foregoing evidence to date, I believe that there is probable cause to believe that Michelle A. Calhoun, Patricia Davis and Alicia Davis have committed multiple acts of mail fraud and health care fraud, violating Title 18, United States Code, Sections 1341 and 1347, by defrauding the State of Illinois Medicaid Home Services program by falsely claiming and taking payments for personal assistant services not actually performed.

Further Affiant sayeth not.

s/ Nicholas J Tapscott

Nicholas J. Tapscott
Special Agent, Illinois State Police

Subscribed and sworn to before me
this 30th day of May, 2014.

s/ Tom Schanzle-Haskins

Tom Schanzle-Haskins
United States Magistrate Judge

6